*Arthur K. Bolton, Attorney General,* for appellee.

## 29409. CHADWICK v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter, J., who concurs in the judgment only. Hill, J., not participating.*

DECIDED JANUARY 7, 1975.

Charles Chadwick, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29495. DUTTON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

DECIDED JANUARY 8, 1975.

Rodney E. Dutton, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29374. RUSSELL v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*